John W. Zobrest, Appellant, v. East Buffalo Brewing Company and Others, Respondents.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

George Clinton, Respondent, v. Fred H. Krull, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the opinion of Spring, J., in *Fulton* v. *Krull* (*ante*, p. 142), decided herewith. All concurred.

Sarah Daucher, as Administratrix, etc., of Adolph Daucher, Deceased, Respondent, v. The International Railway Company and the City of Buffalo, Appellants.— Judgment and order affirmed, with costs. All concurred.

Theodozya Balcerek, as Administratrix, etc., of Frank Balcerek, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant, Impleaded with the United States Cast Iron Pipe Company.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that plaintiff's intestate was guilty of contributory negligence as matter of law. All concurred.

Lillian Thomason, Appellant, v. John W. Thomason, Respondent.— Interlocutory judgment affirmed, without costs. All concurred.

Nora Ormond, Respondent, v. Crosstown Street Railway Company of Buffalo, Appellant, Impleaded with the City of Buffalo.— Judgment and order affirmed, with costs. All concurred.

Platt B. Viele and Whitcomb Realty Company, Respondents, v. Hector McLean and Mary M. McLean, His Wife, Appellants.— Interlocutory judgment affirmed, with costs. All concurred.

Charles Polakoff, as Administrator, etc., of Morris Munson, Deceased, Appellant, v. John M. Campbell and Others, as Receivers of the Buffalo, Lockport and Rochester Railway Company, Respondents.— Judgment affirmed, with costs. All concurred.

Arthur Schoellkopf, Respondent, v. Fred A. Ballou, Appellant.— Judgment and order affirmed, with costs. All concurred.

Edward Wiedman, an Infant, by Leonard Wiedman, His Guardian ad Litem, Respondent, v. Frank Kinzly, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the court committed prejudicial error in excluding the testimony of the chief of police tending to show that the defendant had been directed to disperse people congregating on street corners, and in view of the charge of the court on the subject of malice this error is so prejudicial as to require a reversal. All concurred, except McLennan, P. J., who dissented upon the ground that the question of malice was not involved and the evidence referred to was, therefore, properly excluded, and that the charge of the court in that respect was not excepted to and, therefore, the question of error is not before this court.

William Kunz, Respondent, v. The Buffalo and Williamsville Electric Railway Company, Appellant.— Judgment affirmed, with costs. All concurred.